## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| REGINA CROWE, | * | CIVIL ACTION NO._____ |
| PLAINTIFF | * | |
| | * | |
| v. | * | |
| | * | COMPLAINT |
| GLOBAL CREDIT & | * | |
| COLLECTION CORPORATION, | * | |
| DEFENDANT | * | |

## PLAINTIFF'S COMPLAINT

Plaintiff, REGINA CROWE ("Plaintiff"), through her attorney, JONATHAN P. HILBUN, alleges the following against GLOBAL CREDIT & COLLECTION CORPORATION ("Defendant"):

### INTRODUCTION

1. Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, 15 U.S.C. 1692 *et seq.* ("FDCPA").

2. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

### JURISDICTION AND VENUE

3. Jurisdiction of this court arises pursuant to 15 U.S.C. 1692k(d), which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

4. Defendant conducts business in the State of Louisiana and, therefore, personal jurisdiction is established.

5. Venue is proper pursuant to 28 U.S.C. 1391(b)(2).

## PARTIES

6. Plaintiff is a natural person residing in Plaquemine, Iberville Parish, Louisiana.

7. Plaintiff is a consumer as that term is defined by 15 U.S.C. 1692a(3).

8. Plaintiff allegedly owes a debt as that term is defined by 15 U.S.C. 1692a(5).

9. Defendant is a debt collector as that term is defined by 15 U.S.C. 1692a(6) and sought to collect a consumer debt from Plaintiff.

10. Defendant is a debt collection corporation located in Buffalo, New York.

## FACTUAL ALLEGATIONS

11. In or around November of 2012, Defendant placed collection calls to Plaintiff seeking and demanding payment for an alleged consumer debt.

12. Plaintiff's alleged debt owed arises from transactions used for personal, family, and household purposes.

13. Defendant called Plaintiff's mother's telephone number at 318-281-77XX.

14. In November of 2012, Defendant called Plaintiff's mother's telephone, and Plaintiff's mother advised Defendant that Defendant was calling the wrong number and that Plaintiff could not be reached at that number.

15. In January of 2012, Defendant called Plaintiff's mother again and left a voicemail message on Plaintiff's mother's answering machine. *See* transcribed voicemail message attached hereto as Exhibit A.

16. In the voicemail message, Defendant's representative, "Mr. Rebel," disclosed the fact that Defendant was calling Plaintiff in an attempt to collect a debt and that Defendant was a debt collector. *See* Exhibit A.

17. In the voicemail message, Defendant's representative, "Mr. Rebel," directed Plaintiff to call him back at 1-866-277-1877, which is a number that belongs to Defendant. *See* Exhibit A.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

18. Defendant violated the FDCPA based on the following:

    a. Defendant violated §1692c(b) of the FDCPA when Defendant communicated information regarding the alleged debt with third parties.

WHEREFORE, Plaintiff, REGINA CROWE, respectfully requests that judgment be entered against Defendant, GLOBAL CREDIT AND COLLECTION CORPORATION, for the following:

19. Actual damages to compensate Plaintiff for his embarrassment, humiliation, mental anguish, emotional distress, anxiety, inconvenience, and the disruption of his day caused by Defendants, in an amount to be determined by the trier of fact pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692;*

20. Statutory damages of $1,000.00 pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k;

21. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k; and

22. Any other relief that this Honorable Court deems appropriate.

RESPECTFULLY SUBMITTED,

Dated: February 28, 2013              By:/s/ Jonathan P. Hilbun
                                                  Jonathan P. Hilbun
                                                  Attorney for Plaintiff
                                                  2404 Middlecoff Drive
                                                  Gulfport, MS 39507
                                                  Tel: 504-214-0459
                                                  jonathan.hilbun@gmail.com