# IN THE UNITED STATES DISTRICT COURT

# FOR THE MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| REGINA CROWE, | * | CIVIL ACTION NO. 3:13-cv-00130-BAJ-RLB |
| PLAINTIFF | * | |
| | * | |
| v. | * | |
| | * | NOTICE OF SETTLEMENT |
| GLOBAL CREDIT & | * | |
| COLLECTION CORPORATION, | * | |
| DEFENDANT | * | |

NOW COMES the Plaintiff, REGINA CROWE, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 60 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

DATED: April 25, 2013

By: /s/ Kenneth M. Waguespack
Kenneth M. Waguespack
4223 South Carrollton Avenue
New Orleans, Louisiana 70119
k_waguespack@hotmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2013, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System. A copy of said Notice was electronically submitted to all parties by the Court's CM/ECF system.

By: /s/ Kenneth M. Waguespack
Kenneth M. Waguespack
Attorney for Plaintiff