UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

REGINA CROWE

CIVIL ACTION

VERSUS

GLOBAL CREDIT & COLLECTION CORPORATION

NO.: 13-00130-BAJ-RLB

## FINAL ORDER OF DISMISSAL

Considering Plaintiff's **Voluntary Dismissal (Doc. 11)** and the parties' **Joint Stipulation of Dismissal (Doc. 12)**,

**IT IS ORDERED** that the above-captioned matter is **DISMISSED**, with prejudice, each party to bear her/its own attorney's fees, costs, and expenses.

Baton Rouge, Louisiana, this 12th day of June, 2013.

_____
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA